FILED

07/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO.  DA 23-0026

STATE OF MONTANA )
)
Plaintiff/Appellee, )      ORDER EXTENDING TIME
vs. )      FOR OPENING BRIEF
)
)
THOMAS WOJTOWICZ )
Defendant/Appellant. )

In response to Defendant/Appellant's unopposed request for a fourth extension and good cause therefrom;

IT IS ORDERED THAT Defendant/Appellant shall have until August 21, 2023, to file the Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW,

_____
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 19 2023